UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALEJANDRO MENDOZA and MARTIN GONZALEZ,
On behalf of themselves and others similarly situated,

                       Plaintiffs,

   -against-                             Case No. 11-Civ-6855

O-I-SHI-I SUSHI CORP. d/b/a IVY'S CAFÉ, and     STIPULATION + Order
MAN WAH LIN,

                       Defendants.
------------------------------------------------------------X

      Defendants O-I-SHI-I SUSHI CORP. d/b/a IVY'S CAFÉ and MAN WAH LIN and plaintiffs ALEJANDRO MENDOZA and MARTIN GONZALEZ, on behalf of themselves and others similarly situated, by and through their undersigned counsel, hereby stipulate that they have executed an appropriate settlement agreement and general release in the above-referenced matter. Plaintiffs' counsel has executed a Notice of Voluntary Dismissal which Defendants' counsel will file pending payment which parties expect to be within the next seven (7) days. The Clerk of Court shall close this case.

Date:  New York, New York
        February 29, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-5-12

**LAW OFFICE OF TIFFANY MA, P.C.**      **CILENTI & COOPER, PLLC**

_/s/ Tiffany Ma_                               _/s/ Justin Cilenti_
Tiffany Ma, Esq. (TM 3651)              Justin Cilenti (JC2321)
*Attorneys for Defendant*                  *Attorneys for Plaintiff*
40 Fulton Street, 7th Floor               708 Third Avenue – 6th Floor
New York, NY 10038                     New York, NY 10017
Tel: 212-619-1300                         Tel: 212-209-3933
Fax: 212-619-1305                        Fax: 212-209-7102

SO ORDERED: 3-5-12

_/s/ Paul A. Crotty_
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE